DEWEY SHORT v. STATE.
No. A-4494.   Opinion Filed March 4, 1924.

(223 Pac. 408.)

Appeal from County Court, Tillman County; W. H. Hussey, Judge.

Dewey Short was convicted of wife and child abandonment, and he appeals.   Appeal dismissed.

Wilson & Roe, for plaintiff in error.

PER CURIAM.   On the 11th day of September, 1922, plaintiff in error was convicted of wife and child abandonment and his punishment assessed at a fine of $500.   The plaintiff in error files a motion to dismiss the appeal from the judgment of the trial below, for the reason that the fine assessed by the county court has been fully paid.   That being true, the issues involved in the appeal are moot.

The appeal is therefore ordered dismissed.